HERMAN LIPSCHITZ, Appellant, *v.* EUGENE J. SCHWABACH et al., Trading as E. J. SCHWABACH & COMPANY et al., Respondents.

RUTH T. LOVETT, Appellant, *v.* SAME, Respondents.

MODERN HOMES, INC., Appellant, *v.* SAME, Respondents.

Argued March 5, 1940; decided April 9, 1940.

*Louis Kunen* and *Edward Weinfeld* for appellants.

*Barney B. Fensterstock* and *Harry Zalkin* for respondents.

In each action: Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.